# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: YURGAITIS, PAMELLA G                                  §   Case No. 14-81455
                                                             §
                                                             §
Debtor(s)                                                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $134,450.00                    Assets Exempt: $68,693.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$1,625.50         Claims Discharged
                                                  Without Payment: $109,609.96

Total Expenses of Administration:$3,374.50

3) Total gross receipts of $      5,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00      (see **Exhibit 2**), yielded net receipts of  $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $65,757.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,374.50 | 3,374.50 | 3,374.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,236.00 | 66,273.46 | 66,273.46 | 1,625.50 |
| **TOTAL DISBURSEMENTS** | $176,993.00 | $69,647.96 | $69,647.96 | $5,000.00 |

4)  This case was originally filed under Chapter 7 on May 06, 2014. The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __11/06/2016_____    By: __/s/JAMES E. STEVENS_____
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cletus V. Turcotte Trust | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | R & M Auto Leasing | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 57,757.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $65,757.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,094.50 | 2,094.50 | 2,094.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,374.50 | $3,374.50 | $3,374.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 36,390.00 | 36,389.85 | 36,389.85 | 892.54 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 29,884.00 | 29,883.61 | 29,883.61 | 732.96 |
| NOTFILED | Hsbc Bank | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | HOSPITCE OF NORTHEASTERN IL | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | INPATIENT CONSULTANTS OF IL | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | JOURNEY CARE | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/m Wards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. Bmo Harris Bank – Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 1,815.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services/State Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 2,199.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kohls/capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa Dept. Stores | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shindler Law Firm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RK MEDICAL CENTER, LTD | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Pentagroup | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank, N.a. | 7100-000 | 9,926.00 | N/A | N/A | 0.00 |
| NOTFILED | MEDICAL  BUSINESS BUREAU, LLC | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | OMNICARE PHARMACY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Anselmo, Lindberg, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LYNN MERSHON DO LTD | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Recovery Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BARRINGTON SPECIALISTS IN ADULT MED | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital  One Na | 7100-000 | 29,883.00 | N/A | N/A | 0.00 |
| NOTFILED | BERMAN & RABIN, PA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris/Med Business Bureau | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AJC RESORT SERVICES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Smithfield | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CONSUMER DEBT RELIEF INITIATIVE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Harlem Furniture | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Financial Corp of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Horizon Home Loa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fbcs | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | DCM | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CONVENTIONS PSYCHIATRY | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & Audit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FRANCIS GREEN | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $111,236.00 | $66,273.46 | $66,273.46 | $1,625.50 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81455

**Case Name:** YURGAITIS, PAMELLA G

**Period Ending:** 11/06/16

**Trustee:** (330420)   JAMES E. STEVENS

**Filed (f) or Converted (c):** 05/06/14 (f)

**§341(a) Meeting Date:** 06/12/14

**Claims Bar Date:** 05/05/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1103 Pine St ., Fox River Grove, IL | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | TCF Bank Checking Account | 700.00 | 0.00 | | 0.00 | FA |
| 3 | Cary Bank & Trust Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Westland Federal CU - Trust Account | Unknown | 0.00 | | 0.00 | FA |
| 5 | Older Household Furnishings & Personal Belonging | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Family Pictures, CD's, DVD's | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Employer-Provided Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401[K] | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Life Insurance Proceeds from Deceased Spouse | 52,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2012 Chevrolet Equinox | 8,000.00 | 0.00 | | 0.00 | FA |
| 13 | Cletus V. Turcotte Trust  (u)<br>See Order to Compromise Controversy entered<br>March 16, 2016. | 0.00 | 31,550.69 | | 5,000.00 | FA |
| 13 | **Assets**   Totals (Excluding unknown values) | **$134,450.00** | **$31,550.69** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016

**Current Projected Date Of Final Report (TFR):**   June 25, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-81455 | |
| **Case Name:** YURGAITIS, PAMELLA G | |
| | |
| **Taxpayer ID #:** **-***8122 | |
| **Period Ending:** 11/06/16 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5366 - Checking Account |
| **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/16 | {13} | PAMELLA YURGATTIS | ESTATE PROCEEDS | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 08/18/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,094.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,094.50 | 2,875.50 |
| 08/18/16 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 1,625.50 |
| 08/18/16 | 103 | Cavalry SPV I, LLC | Dividend paid  2.45% on $36,389.85; Claim# 1; Filed: $36,389.85; Reference: | 7100-000 | | 892.54 | 732.96 |
| 08/18/16 | 104 | Portfolio Recovery Associates, LLC | Dividend paid  2.45% on $29,883.61; Claim# 2; Filed: $29,883.61; Reference: | 7100-000 | | 732.96 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5366** | **5,000.00** | **5,000.00** | **0.00** |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)